# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC JELLS,** | : | |
| Petitioner | : | No. 1:25-cv-02260 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN OF FPC SCHUYLKILL,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 13th day of February 2026, after considering pro se Petitioner Eric Jells ("Jells")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) and motion to stay (Doc. No. 7), as well as Respondent's response in opposition to Jells's Section 2241 petition (Doc. No. 6), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Jells's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. Jells's motion to stay (Doc. No. 7) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania